**Repeat−PAEB, RepeatPACER, APPEAL**

# U.S. Bankruptcy Court
# Eastern District of Pennsylvania (Philadelphia)
# Bankruptcy Petition #: 24−11905−amc

*Assigned to:* Chief Judge Ashely M. Chan
Chapter 13
Voluntary
Asset

*Date filed:* 06/03/2024
*Deadline for filing claims:* 08/12/2024
*Deadline for filing claims (govt.):* 11/30/2024

***Debtor***
**Charles Archie Holmes**
1031 Christian Street
Philadelphia, PA 19147
PHILADELPHIA−PA
SSN / ITIN: xxx−xx−6524

represented by **SHARON S. MASTERS**
Law Office of Sharon S. Masters
132 Overleaf Drive
Thorndale, PA 19372
610−322−5277
Fax : 951−344−0434
Email: shmasters@hotmail.com

***Trustee***
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215−627−1377

represented by **KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215−627−1377
Fax : 215−627−6299
Email: ecfemails@ph13trustee.com

***U.S. Trustee***
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597−4411

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 06/03/2024 | | 1 | Chapter 13 Voluntary Petition for Individual . Fee Amount $313 Filed by Charles Archie Holmes. Matrix List of Creditors due 06/10/2024. Government Proof of Claim Deadline: 12/2/2024. Atty Disclosure Statement due 06/17/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due06/17/2024 Chapter 13 Plan due by 06/17/2024. Schedules AB−J due 06/17/2024. Statement of Financial Affairs due 06/17/2024. Summary of Assets and Liabilities due 06/17/2024. Incomplete Filings due by 06/17/2024. (MASTERS, SHARON) (Entered: 06/03/2024) |
| 06/03/2024 | | 2 | Certificate of Credit Counseling Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 06/03/2024) |

| | | | |
|---|---|---|---|
| 06/03/2024 | | 3 | Statement of Social Security Number Received. Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 06/03/2024) |
| 06/03/2024 | | 4 | Application to Pay Filing Fee in Installments Filed by Charles Archie Holmes Represented by SHARON S. MASTERS (Counsel). (MASTERS, SHARON) (Entered: 06/03/2024) |
| 06/04/2024 | | | Name of Trustee assigned to case: KENNETH E. WEST. (G., Jeanette) (Entered: 06/04/2024) |
| 06/04/2024 | | 5 | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed. ***Any request for an extension of time must be filed prior to the expiration of the deadlines listed***. Atty Disclosure Statement due 6/17/2024. Matrix List of Creditors due 6/10/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due6/17/2024 Means Test Calculation Form 122C−2 − *If Applicable* − Due: 6/17/2024. Chapter 13 Plan due by 6/17/2024. Schedules AB−J due 6/17/2024. Statement of Financial Affairs due 6/17/2024. Summary of Assets and Liabilities due 6/17/2024. (G., Jeanette) (Entered: 06/04/2024) |
| 06/05/2024 | | | Fee not applicable. Attorney filed an installment application for the filing fee. (re: Doc 4) (S.) Modified on 6/5/2024 (S., Antoinette). (Entered: 06/05/2024) |
| 06/06/2024 | | 6 | BNC Certificate of Mailing − Order Requiring Documents. Number of Notices Mailed: (related document(s) (Related Doc # 5)). No. of Notices: 1. Notice Date 06/06/2024. (Admin.) (Entered: 06/07/2024) |
| 06/07/2024 | | 7 | Notice of Appearance and Request for Notice by MARY F. KENNEDY Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A.. (Attachments: # 1 Certificate of Service) (KENNEDY, MARY) (Entered: 06/07/2024) |
| 06/07/2024 | | 8 | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 4). First Installment Payment $80.00 due by 7/1/2024. Second Installment Payment $80.00 due by 8/1/2024. Third Installment Payment $80.00 due by 9/1/2024. Final Installment Payment $73.00 due by 10/1/2024. (W., Christine) (Entered: 06/07/2024) |
| 06/09/2024 | | 9 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 8)). No. of Notices: 1. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/11/2024 | | 10 | Matrix List of Creditors Filed. Number of pages filed: 3, Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 06/11/2024) |
| 06/17/2024 | | 11 | Motion to Extend time to File Schedules and Other Documents Filed by Charles Archie Holmes Represented by SHARON S. MASTERS (Counsel). (Attachments: # 1 Proposed Order) (MASTERS, SHARON) (Entered: 06/17/2024) |
| 06/20/2024 | | 12 | |

| | | | |
|---|---|---|---|
| | | | Order Granting Motion to Extend Time (Related Doc # 11) Atty Disclosure Statement due 6/30/2024. Chapter 13 Plan due by 6/30/2024. Schedules AB−J due 6/30/2024. Statement of Financial Affairs due 6/30/2024. Summary of Assets and Liabilities due 6/30/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 6/30/2024. Means Test Calculation Form 122C−2 − *If Applicable* − Due: 6/30/2024. (W., Christine) (Entered: 06/20/2024) |
| 06/22/2024 | | 13 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 12)). No. of Notices: 1. Notice Date 06/22/2024. (Admin.) (Entered: 06/23/2024) |
| 07/01/2024 | | 14 | Motion to Extend time to File Schedules and Other Documents Filed by Charles Archie Holmes Represented by SHARON S. MASTERS (Counsel). (Attachments: # 1 Proposed Order) (MASTERS, SHARON) (Entered: 07/01/2024) |
| 07/07/2024 | | 15 | Schedules A/B − J Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 07/07/2024) |
| 07/08/2024 | | 16 | Declaration About Individual Debtor's Schedules Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 07/08/2024) |
| 07/08/2024 | | 17 | Statement of Financial Affairs for Individual Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 07/08/2024) |
| 07/08/2024 | | 18 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C−1. Disposable Income Is Not Determined Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 07/08/2024) |
| 07/08/2024 | | 19 | Summary of Assets and Liabilities and Certain Statistical Information Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 07/08/2024) |
| 07/08/2024 | | 20 | Disclosure of Compensation of Attorney for Debtor in the amount of $1500.00 Debtor Charles Archie Holmes Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 07/08/2024) |
| 07/08/2024 | | 21 | Chapter 13 Plan Filed by Charles Archie Holmes. (MASTERS, SHARON) (Entered: 07/08/2024) |
| 07/08/2024 | | 22 | Order Granting Motion to Extend Time (Related Doc # 14) Atty Disclosure Statement due 7/12/2024. Chapter 13 Plan due by 7/12/2024. Schedules AB−J due 7/12/2024. Statement of Financial Affairs due 7/12/2024. Summary of Assets and Liabilities due 7/12/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 7/12/2024. Means Test Calculation Form 122C−2 − *If Applicable* − Due: 7/12/2024. (W., Christine) (Entered: 07/09/2024) |
| 07/10/2024 | | 23 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee KENNETH E. WEST. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $375.00 per month for |

| | | | |
|---|---|---|---|
| | | | 60 months. Filed by KENNETH E. WEST. 341(a) meeting to be held on 8/30/2024 at 11:15 AM via Zoom.us − West: Meeting ID 224 079 6575, Passcode 6266025562, Phone 1 (267) 362−3661. Objection to Dischargeability of Certain Debts due: 10/29/2024. Proofs of Claims due by 8/12/2024. Government Proof of Claim Deadline: 11/30/2024.Confirmation Hearing scheduled 9/24/2024 at 10:00 AM at Courtroom #4. (WEST, KENNETH) (Entered: 07/10/2024) |
| 07/11/2024 | | 24 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 22)). No. of Notices: 1. Notice Date 07/11/2024. (Admin.) (Entered: 07/12/2024) |
| 07/12/2024 | | 25 | BNC Certificate of Mailing − Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 23)). No. of Notices: 14. Notice Date 07/12/2024. (Admin.) (Entered: 07/13/2024) |
| 07/15/2024 | | 26 | Objection to Confirmation of Plan Filed by Citizens Bank, N.A. (related document(s)21). (Attachments: # 1 Proposed Order # 2 Certificate of service)(KENNEDY, MARY) (Entered: 07/15/2024) |
| 07/24/2024 | | 27 | Amended Objection to Confirmation of Plan Filed by Citizens Bank, N.A. (related document(s)21). (Attachments: # 1 Proposed Order # 2 Exhibit A − Proof of claim # 3 Certificate of service)(KENNEDY, MARY) (Entered: 07/24/2024) |
| 08/02/2024 | | | Receipt of First & Second Installment Payment. Receipt Number 20000679, Fee Amount $160.00. (C., Jacqueline) (Entered: 08/06/2024) |
| 08/09/2024 | | 28 | Notice of Appearance and Request for Notice by PAMELA ELCHERT THURMOND Filed by PAMELA ELCHERT THURMOND on behalf of CITY OF PHILADELPHIA. (THURMOND, PAMELA) (Entered: 08/09/2024) |
| 08/23/2024 | | 29 | Meeting of Creditors Not Held *:Will not be held on 8/30/2024.Mandatory document−Tax return, drivers license, social security card and pay advices not filed 7 days prior to the 341 meeting*. (WEST, KENNETH) (Entered: 08/23/2024) |
| 08/26/2024 | | 30 | Motion to Dismiss Case. Filed by KENNETH E. WEST Represented by KENNETH E. WEST (Counsel). (Attachments: # 1 Proposed Order) (WEST, KENNETH) (Entered: 08/26/2024) |
| 08/26/2024 | | 31 | Notice of (related document(s): 30 Motion to Dismiss Case. ) *Notice of Motion, Response Deadline and Hearing Date* Filed by KENNETH E. WEST. Hearing scheduled 10/3/2024 at 9:30 AM at Philadelphia Telephone Hearing. (Attachments: # 1 Service List) (WEST, KENNETH) (Entered: 08/26/2024) |
| 09/05/2024 | | 32 | Amended Objection to Confirmation of Plan Filed by Citizens Bank, N.A. (related document(s)21). (Attachments: # 1 Proposed Order # 2 Exhibit A − Amended Proof of Claim # 3 Certificate of Service)(KENNEDY, MARY) (Entered: 09/05/2024) |
| 09/23/2024 | | 33 | Motion for Relief from Stay *re: 7430 Somers Road, Philadelphia, PA 19138*. Fee Amount $199.00, Filed by Citizens Bank, N.A. Represented by MARY F. KENNEDY (Counsel). Objections due by 10/7/2024. (Attachments: # 1 Proposed Order # 2 Certificate of service # 3 Exhibit A − Loan documents # 4 Exhibit B − Loan modification agreement) |

| | | | |
|---|---|---|---|
| | | | (KENNEDY, MARY) (Entered: 09/23/2024) |
| 09/23/2024 | | 34 | Notice of (related document(s): 33 Motion for Relief from Stay *re: 7430 Somers Road, Philadelphia, PA 19138*. Fee Amount $199.00,) Filed by Citizens Bank, N.A.. Hearing scheduled 10/22/2024 at 11:00 AM at Courtroom #4. (KENNEDY, MARY) (Entered: 09/23/2024) |
| 09/23/2024 | | | Receipt of Motion for Relief From Stay( 24−11905−amc) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A26012115. Fee Amount $ 199.00. (re: Doc# 33) (U.S. Treasury) (Entered: 09/23/2024) |
| 09/24/2024 | | 35 | Hearing Continued on 23 confirmation. Confirmation Hearing scheduled 11/12/2024 at 10:00 AM at Philadelphia Telephone Hearing. (B., Pamela) (Entered: 09/25/2024) |
| 09/25/2024 | | 36 | Hearing Continued on 30 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Hearing scheduled 11/12/2024 at 10:00 AM at Philadelphia Telephone Hearing. (B., Pamela) (Entered: 09/25/2024) |
| 09/30/2024 | | 37 | Notice of Hearing to Show Cause why this case should not be dismissed for failure to pay the third installment payment in the amount of $80.00. Hearing scheduled 10/22/2024 at 10:00 AM at Philadelphia Telephone Hearing. (C., Jacqueline) (Entered: 09/30/2024) |
| 10/01/2024 | | | Receipt of Third Installment Payment. Receipt Number 20000829, Fee Amount $150.00. **(Balance of $3.00 needed to complete installment payments)** (C., Jacqueline) (Entered: 10/02/2024) |
| 10/02/2024 | | 38 | BNC Certificate of Mailing − Hearing to Show Cause. Number of Notices Mailed: (related document(s) (Related Doc # 37)). No. of Notices: 1. Notice Date 10/02/2024. (Admin.) (Entered: 10/03/2024) |
| 10/02/2024 | | | Receipt of Final Installment Payment. Receipt Number 20000834, Fee Amount $3.00. (C., Jacqueline) (Entered: 10/03/2024) |
| 10/06/2024 | | 39 | Response to Motion for Relief From Stay filed by Creditor Citizens Bank, N.A. Filed by Charles Archie Holmes (related document(s)33). (Attachments: # 1 Proposed Order # 2 Service List) (MASTERS, SHARON) (Entered: 10/06/2024) |
| 10/22/2024 | | 40 | Hearing on 37 Hearing to Show Cause Cancelled. Reason for Cancellation: filing fee pd in full. (B., Pamela) (Entered: 10/22/2024) |
| 10/22/2024 | | 41 | Hearing Held on 33 Motion for Relief From Stay Filed by Citizens Bank, N.A.. Motion settled. Stip. to be filed. (B., Pamela) (Entered: 10/23/2024) |
| 10/29/2024 | | 42 | Stipulation By Citizens Bank, N.A. and Between Charles Archie Holmes and Citizens Bank, N.A. *RE: Motion for Relief from Stay re: 7430 Somers Road, Philadelphia, PA 19138*. Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A. (related document(s)33). (KENNEDY, MARY) (Entered: 10/29/2024) |
| 11/01/2024 | | doc | Notice of Mortgage Payment Change (Claim # 4) with Certificate of Service Filed by Citizens Bank, N.A.. (Attachments: # 1 Exhibit A − Escrow disclosure statement # 2 Certificate of service)(KENNEDY, MARY) (Entered: 11/01/2024) |

| | | | |
|---|---|---|---|
| 11/08/2024 | | 43 | Order Approving Stipulation By Citizens Bank, N.A. and Between Charles Archie Holmes and Citizens Bank, N.A. RE: Motion for Relief from Stay re: 7430 Somers Road, Philadelphia, PA 19138. (related document(s)33, 42). (W., Christine) (Entered: 11/08/2024) |
| 11/10/2024 | | 44 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 43)). No. of Notices: 1. Notice Date 11/10/2024. (Admin.) (Entered: 11/11/2024) |
| 11/12/2024 | | 45 | Hearing Continued on 23 confirmation. Confirmation Hearing scheduled 01/28/2025 at 10:00 AM at Philadelphia Telephone Hearing. (B., Pamela) (Entered: 11/15/2024) |
| 11/12/2024 | | 46 | Hearing Continued on 30 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Hearing scheduled 01/28/2025 at 10:00 AM at Philadelphia Telephone Hearing. (B., Pamela) (Entered: 11/15/2024) |
| 11/21/2024 | | 47 | Amended Objection to Confirmation of Plan Filed by Citizens Bank, N.A. (related document(s)21). (Attachments: # 1 Proposed Order # 2 Exhibit A − amended Proof of Claim # 3 Certificate of Service)(KENNEDY, MARY) (Entered: 11/21/2024) |
| 01/28/2025 | | 48 | Hearing Held on 23 confirmation. Moot. Case dismissed. (B., Pamela) (Entered: 01/28/2025) |
| 01/28/2025 | | 49 | Hearing Held on 30 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Order entered dismissing case. (B., Pamela) (Entered: 01/28/2025) |
| 01/29/2025 | | 50 | Order granting 30 Motion to Dismiss filed by Trustee KENNETH E. WEST. It is hereby Ordered that this case is dismissed. (Barbetta, John) (Entered: 01/29/2025) |
| 01/31/2025 | | 51 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 50)). No. of Notices: 15. Notice Date 01/31/2025. (Admin.) (Entered: 02/01/2025) |
| 02/09/2025 | | 52 | Motion to Reinstate Case Filed by Charles Archie Holmes Represented by SHARON S. MASTERS (Counsel). (Attachments: # 1 Exhibit Trustee Payment 8−28−2024 # 2 Exhibit Letter from Treating Physician) (MASTERS, SHARON) (Entered: 02/09/2025) |
| 02/09/2025 | | 53 | Motion to Expedite Hearing (related documents Motion to Reinstate Case) Filed by Charles Archie Holmes Represented by SHARON S. MASTERS (Counsel) (related document(s)52). (Attachments: # 1 Proposed Order) (MASTERS, SHARON) (Entered: 02/09/2025) |
| 02/10/2025 | | 54 | Order Granting Motion Expedite Hearing (Related Doc # 53) Hearing scheduled 2/18/2025 at 11:00 AM Philadelphia Telephone Hearing at dial in info 1−646−828−7666 and entering meeting ID 160 6807 8081. (D., Tasha) (Entered: 02/10/2025) |
| 02/12/2025 | | 55 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 54)). No. of Notices: 1. Notice Date 02/12/2025. (Admin.) (Entered: 02/13/2025) |
| 02/17/2025 | | 56 | Certificate of Service Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes (related document(s)52, 54). (MASTERS, |

| | | | |
|---|---|---|---|
| | | | SHARON) (Entered: 02/17/2025) |
| 02/18/2025 | | 57 | Employee Income Records Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 02/18/2025) |
| 02/18/2025 | | 58 | Hearing Continued on 53 motion to reinstate case Filed by Charles Archie Holmes. Hearing scheduled 03/11/2025 at 11:00 AM at Philadelphia Telephone Hearing. (B., Pamela) (Entered: 02/20/2025) |
| 02/24/2025 | | 59 | Second Amended Chapter 13 Plan Filed by Charles Archie Holmes (related document(s)21). (MASTERS, SHARON) (Entered: 02/24/2025) |
| 03/10/2025 | | 60 | Third Amended Chapter 13 Plan Filed by Charles Archie Holmes (related document(s)21, 59). (MASTERS, SHARON) (Entered: 03/10/2025) |
| 03/10/2025 | | 61 | Fourth Amended Chapter 13 Plan Filed by Charles Archie Holmes (related document(s)21, 59, 60). (MASTERS, SHARON) (Entered: 03/10/2025) |
| 03/11/2025 | | 62 | Proposed Order Re: *Motion to Reinstate Case* Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes (related document(s)52). (MASTERS, SHARON) (Entered: 03/11/2025) |
| 03/11/2025 | | 63 | Hearing Held on 52 Motion to Reinstate Case Filed by Charles Archie Holmes. Order entered. (B., Pamela) (Entered: 03/12/2025) |
| 03/13/2025 | | 64 | Order Granting Motion To Reinstate Case. (Related Doc # 52) (D., Tasha) (Entered: 03/13/2025) |
| 03/15/2025 | | 65 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 64)). No. of Notices: 1. Notice Date 03/15/2025. (Admin.) (Entered: 03/16/2025) |
| 03/17/2025 | | 66 | Trustees Notice of Continued Meeting of Creditors. Reason for continuance: At the request of debtor's counsel.. 341(a) meeting to be held on 4/14/2025 at 11:30 AM via Zoom.us − West: Meeting ID 224 079 6575, Passcode 6266025562, Phone 1 (267) 362−3661. (WEST, KENNETH) (Entered: 03/17/2025) |
| 03/18/2025 | | 67 | Praecipe to Withdraw *Objections to Confirmation of Plan* Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A. (related document(s)27, 47, 26, 32). (Attachments: # 1 Certificate of Service) (KENNEDY, MARY) (Entered: 03/18/2025) |
| 04/15/2025 | | 68 | Trustees Notice of Continued Meeting of Creditors. Reason for continuance: At the request of Debtor's counsel.. 341(a) meeting to be held on 5/9/2025 at 12:15 PM via Zoom.us − West: Meeting ID 224 079 6575, Passcode 6266025562, Phone 1 (267) 362−3661. (WEST, KENNETH) (Entered: 04/15/2025) |
| 05/10/2025 | | | Meeting of Creditors Held and Concluded on: 5/9/2025. (WEST, KENNETH) (Entered: 05/10/2025) |
| 05/22/2025 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 4) Filed by Citizens Bank, N.A.. (Attachments: # 1 Exhibit A − Invoice # 2 Certificate of service)(KENNEDY, MARY) (Entered: 05/22/2025) |

| | | | |
|---|---|---|---|
| 05/22/2025 | | 69 | Amended Schedule E/F: Creditors Who Have Unsecured Claims Fee Amount $34 Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 05/22/2025) |
| 05/23/2025 | | | Fee not applicable. Amounts did not change on schedules. (re: Doc69) (S.)Modified on 5/23/2025 (AS). (Entered: 05/23/2025) |
| 06/13/2025 | | 70 | Praecipe to Re−list *Confirmation hearing* Filed by KENNETH E. WEST on behalf of KENNETH E. WEST (related document(s)61). (WEST, KENNETH) (Entered: 06/13/2025) |
| 06/13/2025 | | 71 | Chapter 13 confirmation hearing re−listed. Confirmation Hearing scheduled 7/29/2025 at 10:00 AM at Courtroom #4. (CW) (Entered: 06/13/2025) |
| 06/15/2025 | | 72 | BNC Certificate of Mailing − 13 Confirmation Hearing. Number of Notices Mailed: (related document(s) (Related Doc # 71)). No. of Notices: 15. Notice Date 06/15/2025. (Admin.) (Entered: 06/16/2025) |
| 07/14/2025 | | 73 | Certification of Default of *Stipulation resolving Motion for Relief from Stay* Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A. (related document(s)33, 43, 42). (Attachments: # 1 Proposed Order # 2 Exhibit A − Stipulation # 3 Exhibit B − Notice of Default # 4 Certificate of Service) (KENNEDY, MARY) (Entered: 07/14/2025) |
| 07/23/2025 | | 74 | Hearing Set (for calendar purposes only) On 71 Chapter 13 confirmation hearing re−listed.. Confirmation Hearing scheduled 7/29/2025 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 07/23/2025) |
| 07/29/2025 | | 75 | Hearing Continued on 71 13 Confirmation Hearing. Confirmation Hearing scheduled 09/30/2025 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 07/30/2025) |
| 08/14/2025 | | 76 | Order Granting Motion For Relief From Stay re: 7430 Somers Road, Philadelphia, PA 19138. For Citizens Bank, N.A. (Related Doc # 33) (CW) (Entered: 08/14/2025) |
| 08/16/2025 | | 77 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 76)). No. of Notices: 1. Notice Date 08/16/2025. (Admin.) (Entered: 08/17/2025) |
| 09/25/2025 | | 78 | Motion to Dismiss Case. Filed by KENNETH E. WEST Represented by KENNETH E. WEST (Counsel). (Attachments: # 1 Proposed Order) (WEST, KENNETH) (Entered: 09/25/2025) |
| 09/25/2025 | | 79 | Objection to Confirmation of Plan Filed by KENNETH E. WEST. (Attachments: # 1 Proposed Order)(WEST, KENNETH) (Entered: 09/25/2025) |
| 09/25/2025 | | 80 | Certificate of Service *Trustees Objection to Confirmation of Plan* Filed by KENNETH E. WEST on behalf of KENNETH E. WEST (related document(s)79). (WEST, KENNETH) (Entered: 09/25/2025) |
| 09/25/2025 | | 81 | Notice of (related document(s): 78 Motion to Dismiss Case. ) *Notice of Motion, Response Deadline and Hearing Date* Filed by KENNETH E. WEST. Hearing scheduled 10/28/2025 at 10:00 AM at Philadelphia Telephone Hearing. (Attachments: # 1 Service List) (WEST, KENNETH) (Entered: 09/25/2025) |

| | | | |
|---|---|---|---|
| 09/30/2025 | | 82 | Hearing Continued on 71 13 Confirmation Hearing. Confirmation Hearing scheduled 10/28/2025 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 10/01/2025) |
| 10/27/2025 | | 83 | Fifth Amended Chapter 13 Plan Filed by Charles Archie Holmes (related document(s)21, 61, 59, 60). (Attachments: # 1 Service List)(MASTERS, SHARON) (Entered: 10/27/2025) |
| 10/27/2025 | | 84 | Amended Schedule A/B Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 10/27/2025) |
| 10/27/2025 | | 85 | Amended Schedule C Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 10/27/2025) |
| 10/27/2025 | | 86 | Objection to Claim Number 5 by Claimant Internal Revenue Service. Filed by Charles Archie Holmes. (Attachments: # 1 Proof of Claim 5−3 # 2 Service List)(MASTERS, SHARON) (Entered: 10/27/2025) |
| 10/27/2025 | | 87 | Notice of Objection to claim Filed by Charles Archie Holmes (related document(s)86). Hearing scheduled 12/9/2025 at 11:00 AM at Courtroom #4. (MASTERS, SHARON) (Entered: 10/27/2025) |
| 10/28/2025 | | 88 | Hearing Continued on 78 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Hearing scheduled 12/16/2025 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 10/28/2025) |
| 10/28/2025 | | 89 | Hearing Continued on 71 13 Confirmation Hearing. Confirmation Hearing scheduled 12/16/2025 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 10/28/2025) |
| 11/09/2025 | | 90 | Motion to Vacate (related documents Order on Motion For Relief From Stay) Filed by Charles Archie Holmes Represented by SHARON S. MASTERS (Counsel) (related document(s)76). (Attachments: # 1 Proposed Order # 2 Service List) (MASTERS, SHARON) (Entered: 11/09/2025) |
| 11/09/2025 | | 91 | Notice of (related document(s): 90 Motion to Vacate (related documents Order on Motion For Relief From Stay) ) Filed by Charles Archie Holmes. Hearing scheduled 12/2/2025 at 11:00 AM at Courtroom #4. (MASTERS, SHARON) (Entered: 11/09/2025) |
| 11/24/2025 | | 92 | Response to Motion to Vacate filed by Debtor Charles Archie Holmes Filed by Citizens Bank, N.A. (related document(s)90). (Attachments: # 1 Proposed Order # 2 Certificate of Default) (KENNEDY, MARY) (Entered: 11/24/2025) |
| 12/02/2025 | | 93 | Hearing Continued on 90 Motion to Vacate Filed by Charles Archie Holmes. Hearing scheduled 01/06/2026 at 11:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 12/02/2025) |
| 12/08/2025 | | 94 | Amended Certificate of Service Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes (related document(s)86). (MASTERS, SHARON) (Entered: 12/08/2025) |
| 12/09/2025 | | 95 | Hearing Continued on 86 Objection to Claim Filed by Charles Archie Holmes. Hearing scheduled 01/20/2026 at 11:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 12/09/2025) |

| | | | |
|---|---|---|---|
| 12/16/2025 | | 96 | Hearing Continued on 78 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Hearing scheduled 01/13/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 12/16/2025) |
| 12/16/2025 | | 97 | Hearing Continued on 71 13 Confirmation Hearing. Confirmation Hearing scheduled 01/13/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 12/16/2025) |
| 12/31/2025 | | 98 | Praecipe to Withdraw *Objection to POC No. 5* Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes (related document(s)86). (MASTERS, SHARON) (Entered: 12/31/2025) |
| 01/05/2026 | | 99 | Stipulation By Citizens Bank, N.A. and Between Charles Archie Holmes and Citizens Bank, N.A. *RE: Motion to Vacate (related documents Order on Motion For Relief From Stay)*. Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A. (related document(s)90). (KENNEDY, MARY) (Entered: 01/05/2026) |
| 01/06/2026 | | 100 | Order granting the Stipulation by and between Charles Archie Holmes and Citizens Bank, N.A. (related document(s)99, 90). (AS) (Entered: 01/06/2026) |
| 01/08/2026 | | 101 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 100)). No. of Notices: 1. Notice Date 01/08/2026. (Admin.) (Entered: 01/09/2026) |
| 01/12/2026 | | 102 | Sixth Amended Chapter 13 Plan Filed by Charles Archie Holmes (related document(s)21, 61, 59, 60, 83). (Attachments: # 1 Service List)(MASTERS, SHARON) (Entered: 01/12/2026) |
| 01/13/2026 | | 103 | Hearing Continued on 78 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Hearing scheduled 03/24/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 01/15/2026) |
| 01/13/2026 | | 104 | Hearing Continued on 71 13 Confirmation Hearing. Confirmation Hearing scheduled 03/24/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 01/15/2026) |
| 01/16/2026 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 4) Filed by Citizens Bank, N.A.. (Attachments: # 1 Exhibit A − Invoices # 2 Certificate of service)(KENNEDY, MARY) (Entered: 01/16/2026) |
| 01/20/2026 | | 105 | Hearing Held on 86 Objection to Claim Filed by Charles Archie Holmes. Obj withdrawn on 12/31/25. (PB) (Entered: 01/20/2026) |
| 01/23/2026 | | 106 | Amended Schedule A/B Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (Attachments: # 1 Schedule A continuation sheet) (MASTERS, SHARON) (Entered: 01/23/2026) |
| 02/01/2026 | | 107 | Supplement to Schedule I/J (For Chapter 13 Post Petition Income) Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 02/01/2026) |
| 02/01/2026 | | 108 | Amended Schedule I − Your Income Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 02/01/2026) |

| | | | |
|---|---|---|---|
| 02/01/2026 | | 109 | Amended Schedule J − Your Expenses Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes. (MASTERS, SHARON) (Entered: 02/01/2026) |
| 02/16/2026 | | 110 | Adversary case 26−00115. Complaint by SHARON S. MASTERS on behalf of Charles Archie Holmes against Vinh C. Ly, Kenneth West. Receipt Number EXEMPT, Fee Amount $350 . (13 (Recovery of money/property − 548 fraudulent transfer)),(11 (Recovery of money/property − 542 turnover of property)),(14 (Recovery of money/property − other)),(72 (Injunctive relief − other)),(91 (Declaratory judgment)) (MASTERS, SHARON) (Entered: 02/16/2026) |
| 02/19/2026 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 4) Filed by Citizens Bank, N.A.. (Attachments: # 1 Exhibit A − invoice # 2 Certificate of Service)(KENNEDY, MARY) (Entered: 02/19/2026) |
| 03/11/2026 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 4) Filed by Citizens Bank, N.A.. (Attachments: # 1 Exhibit A − Invoice # 2 Certificate of service)(KENNEDY, MARY) (Entered: 03/11/2026) |
| 03/24/2026 | | 111 | Hearing Continued on 78 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Hearing scheduled 05/19/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 03/24/2026) |
| 03/24/2026 | | 112 | Hearing Continued on 71 13 Confirmation Hearing. Confirmation Hearing scheduled 05/19/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 03/24/2026) |
| 03/27/2026 | | 113 | Certification of Default of *Stipulation resolving Motion to Vacate Relief Order* Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A. (related document(s)99, 100, 90). (Attachments: # 1 Proposed Order # 2 Exhibit A − Stipulation # 3 Exhibit B − notice of default # 4 Certificate of Default) (KENNEDY, MARY) (Entered: 03/27/2026) |
| 03/29/2026 | | 114 | Objection to Certification of Default filed by Creditor Citizens Bank, N.A. Filed by Charles Archie Holmes (related document(s)113). (Attachments: # 1 Service List) (MASTERS, SHARON) (Entered: 03/29/2026) |
| 03/30/2026 | | 115 | Hearing Set 114 113 Objection to Certification of Default filed by Creditor Citizens Bank, N.A. Hearing scheduled 4/21/2026 at 11:00 AM at Philadelphia Telephone Hearing. (CW) (Entered: 03/30/2026) |
| 04/01/2026 | | 116 | PDF Filed in re: 114 Objection Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes (related document(s)114). (MASTERS, SHARON) (Entered: 04/01/2026) |
| 04/01/2026 | | 117 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 115)). No. of Notices: 1. Notice Date 04/01/2026. (Admin.) (Entered: 04/02/2026) |
| 04/07/2026 | | 118 | Motion to Dismiss Case. Motion to Dismiss under § 1307 and/or Relief from Automatic Stay Under § 362(d) Filed by Vinh C. Ly Represented by DON WILLLIAM PAK (Counsel). (PAK, DON) (Entered: 04/07/2026) |
| 04/15/2026 | | 119 | Notice of (related document(s): 118 Motion to Dismiss Case. Motion to Dismiss under § 1307 and/or Relief from Automatic Stay Under § 362(d) ) Filed by Vinh C. Ly. (PAK, DON) (Entered: 04/15/2026) |

| | | | |
|---|---|---|---|
| 04/15/2026 | | 120 | Notice of (related document(s): 118 Motion to Dismiss Case. Motion to Dismiss under § 1307 and/or Relief from Automatic Stay Under § 362(d) ) Filed by Vinh C. Ly . Hearing scheduled 5/19/2026 at 11:00 AM at Philadelphia Telephone Hearing. (CW) (Entered: 04/16/2026) |
| 04/20/2026 | | 121 | Response to Motion to Dismiss Case for Other filed by Vinh C. Ly Filed by Charles Archie Holmes (related document(s)118). (Attachments: # 1 Proposed Order # 2 Service List) (MASTERS, SHARON) (Entered: 04/20/2026) |
| 04/20/2026 | | 122 | Memorandum in Opposition to *Motion to Dismiss and/or Relief from Stay* Filed by SHARON S. MASTERS on behalf of Charles Archie Holmes (related document(s)121). (MASTERS, SHARON) (Entered: 04/20/2026) |
| 04/21/2026 | | 123 | Hearing Held on 114 Objection Filed by Charles Archie Holmes. Objection moot; COD withdrawn. (PB) (Entered: 04/21/2026) |
| 05/11/2026 | | 124 | Amended Chapter 13 Plan *(Seventh Amended)* Filed by Charles Archie Holmes (related document(s)21, 83, 59, 102, 60, 61). (Attachments: # 1 Service List)(MASTERS, SHARON) (Entered: 05/11/2026) |
| 05/19/2026 | | 125 | Response to Response filed by Debtor Charles Archie Holmes Filed by Vinh C. Ly (related document(s)121). (PAK, DON) (Entered: 05/19/2026) |
| 05/19/2026 | | 126 | Hearing Continued on 78 Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Hearing scheduled 06/16/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 05/19/2026) |
| 05/19/2026 | | 127 | Hearing Continued on 71 13 Confirmation Hearing. Confirmation Hearing scheduled 06/16/2026 at 10:00 AM at Philadelphia Telephone Hearing. (PB) (Entered: 05/19/2026) |
| 05/19/2026 | | 128 | Hearing Held on 118 Motion to Dismiss Case for Other Filed by Vinh C. Ly. Order entered granting relief. (PB) (Entered: 05/20/2026) |
| 05/21/2026 | | 129 | Certification of Default of *Motion to Vacate Relief Order* Filed by MARY F. KENNEDY on behalf of Citizens Bank, N.A. (related document(s)99, 100, 90). (Attachments: # 1 Proposed Order # 2 Exhibit A − Stipulation # 3 Exhibit B − notice of default # 4 Certificate of Service) (KENNEDY, MARY) (Entered: 05/21/2026) |
| 05/22/2026 | | 130 | Order Granting Relief from Automatic Stay Under § 362(d).Movant is hereby granted relief from stay and may exercise its state law remedies as the lawful and legal owner with respect to debtor's current premise that he is squatting with his wife and to move forward regarding ejectment complaint docketed at Phila CCP No. 220202394, Ly v. McCrey/Holmes et al (related document(s)118). (CW) (Entered: 05/22/2026) |
| 05/24/2026 | | 131 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 130)). No. of Notices: 2. Notice Date 05/24/2026. (Admin.) (Entered: 05/25/2026) |
| 05/29/2026 | | 132 | Notice of Appeal to District Court. . Fee Amount $298.00 Filed by Charles Archie Holmes (related document(s)130). Appellant Designation due by 06/12/2026. Transmission of record on appeal to District Court Due Date:06/26/2026. (MASTERS, SHARON) (Entered: 05/29/2026) |
| 05/29/2026 | | | |

| | | | |
|---|---|---|---|
| | | | Receipt of Notice of Appeal( 24−11905−amc) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A32849759. Fee Amount $ 298.00. (re: Doc# 132) (U.S. Treasury) (Entered: 05/29/2026) |
| 06/01/2026 | | 133 | Courts Certificate of Service Re: Notice of Appeal filed by Debtor Charles Archie Holmes. The following Party(s) have been notified: Case Judge − via email Case Trustee − via CM/ECF Debtor − via Regular mail through the BNC Debtors Counsel − via CM/ECF Office of the U.S. Trustee − via CM/ECF U.S. District Court − via email Don W. Pak,Esquire,Counsel for Creditor Vinh C. Ly ; − via Email/CMECF (related document(s)132). (CW) (Entered: 06/01/2026) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLMES, ET AL. | : | |
| | : | Chapter 13 |
| | : | |
| v. | : | No. 24-11905-amc |
| | : | |
| VINH C. LY, ET AL. | : | |

**Motion to Dismiss under § 1307 and/or**
**Relief from Automatic Stay Under § 362 (d)**

Movant, by and through its undersigned counsel, moves this Honorable Court for an Order granting Relief from the Automatic Stay provided for by 11 U.S.C. §§362 (a)(2) and (a)(3), and/or Order granting Motion to Dismiss under §1307.

This Court has jurisdiction under 28 U.S.C. §1334 and §157. This is a core proceeding. This Court also has jurisdiction under 11 U.S.C. § 362(d) where Movant is seeking relief to annul the bankruptcy stay to permit it to eject the debtor pursuant to Pennsylvania law from property legally and lawfully owned by Movant.

In support thereof, Movant states and avers the following:

1. Vinh C. Ly, hereinafter "movant", is the lawful and legal owner of residential real estate being located at 1031 Christian Street, Philadelphia, PA 19147. **See Exhibit "A" (Deed)**

2. Movant purchased residential real estate being located at 1031 Christian Street, Philadelphia, PA 19147 at an auction on or about July 8, 2021. Said sale arose from foreclosure action docketed at Philadelphia CCP No. 160600587, WSFS v. Ratliff, Orlando, McCrey Holmes. **See Exhibit "A".**

3. Debtor is Charles Archie Holmes, "squatter" at movant's property located at 1031 Christian Street, Philadelphia, PA 19147 (hereinafter "premises"). Debtor has yet to show any legal document proving that he either is the lawful and legal owner of this premise or has a legal document showing that he has a valid lease with the legal and lawful owner, Vinh C. Ly.

4. Deed for the premises was recorded in movant's name on or about January 31, 2022. A true and correct copy of same is attached hereto as **Exhibit "A"** and made by reference a part hereof.

5. On or about February 23, 2022, movant filed ejectment complaint docketed at Phila CCP No. 220202394, Ly v. McCrey-Holmes et al. A true and correct copy of same is attached hereto as **Exhibit "B"** and made by reference a part hereof. As part thereof, plaintiff forwarded 30 day notice to occupants of the premises providing copy of the deed recorded in movant's name and requesting copy of any claimed lease agreement. To date, no lease agreement has been provided to movant/movant's counsel.

6. Unbeknownst to movant, a bankruptcy petition was pending. Movant was advised of the debtor's bankruptcy proceeding six (6) days after filing the afore-mentioned ejectment complaint.

7. Debtor has filed several bankruptcy petitions in order to delay his Ejectment matter.

a) Debtor filed a Chapter 7 petition and was dismissed on April 12, 2017.
Case No. 16-10575-amc

b) Debtor filed a Chapter 13 petition which was terminated on August 07, 2018
Case No. 18-10759-amc

c) Debtor filed another Chapter 13 petition which was dismissed on May 14, 2024.
Case No 18-14469-amc

d) Debtor filed another Chapter 13 petition, this instant case, on June 03, 2024.
Case No. 24-11905-amc

8. On or about May 09, 2025, Debtor's Creditor's meeting was scheduled. Mr. Charles Holmes testified that he never met Mr. Vinh C. Ly and did not have any agreement with Mr. Ly and was not paying Mr. Ly any rent and never had. Additionally, counsel for Mr. Vinh C. Ly asked debtor's attorney, Sharon Masters, Esquire to remove Mr. Vinh C. Ly as a Creditor in her client's bankruptcy matter. Ms. Masters stated on the creditor's meeting record that she would remove Mr. Ly. See Creditor's meeting transcript.

9. On or about May 22, 2025, counsel for Mr. Vinh C. Ly requested proof that Mr. Ly would be removed from debtor's list of creditors. Debtor's attorney, Ms. Sharon Masters, Esquire emailed counsel for Mr. Ly an amended Schedule E/F and confirmed that Mr. Ly is not a creditor. **See Exhibit "C" (Amended Creditors List).**

10. On or about December 08, 2025, Debtor's attorney, Ms. Masters emailed counsel for Mr. Ly stating that "There is no confusion whatsoever. Vinh Ly is not listed as a creditor in the case and my client stated at the 341 meeting that Ly is not a creditor". **See Exhibit "D" (Email from Ms. Sharon Master's, Esquire)**

11. Mr. Holmes has tried multiple baseless appeals to the Pennsylvania Courts, and filing of emergency petitions to delay the inevitable ejectment proceedings whereby the lawful and legal owner, Vinh Ly could recover the premise/property.

12. Mr. Holmes, who has no legal title or any form of legal recognizable document as an owner of the premise, and, importantly, does not have any lease whereby he pays rent for the premise, is blatantly attempting to use bankruptcy as a tool to circumvent his ejectment proceedings with the Pennsylvania State Courts from 1031 Christian Street, Philadelphia, PA 19145. Mr. Holmes is clearly and unambiguously abusing the bankruptcy system so that he can remain a squatter at this premise.

13. Mr. Holmes conduct and delays in trying to abuse the bankruptcy system are having serious repercussions for Vinh Ly, which the city of Philadelphia has a claim/lien against Vinh Ly for unpaid water/sewer from 1031 Christian Street. Mr. Vinh C. Ly has been unable to enter this premise since Mr. Holmes refuses to allow access to the premise.

14. Movant respectfully requests this Honorable Court grant his motion for relief from stay, or, in the alternative, to dismiss this case so that movant may continue his ejectment proceedings in the State Courts.

15. Based on lack of rental payments, no lease agreement, no landlord/tenant relationship between the parties and failure to vacate the premises by debtor, movant does not have and have not been offered any adequate protection of his interest in the premise due to this instant bankruptcy filing.

16. Pursuant to 11 USC § 362(d), movant is entitled to relief from stay for cause due to the lack of adequate protection of his interest in the premises located at 1031 Christian Street, Philadelphia, PA 19147.

1. WHEREFORE, Plaintiff-Petitioner respectfully request that This Honorable Court enter an Order granting it the following:
   a) Relief from the Automatic Stay imposed by Section 362 of the Bankruptcy Code;
   b) Relief from the Automatic Stay imposed by 362 (a) (2) and (a) (3), of the bankruptcy code to allow the Movant to exercise its rights under state law to eject Debtor, Charles Holmes from 1031 Christian Street, Philadelphia, PA 19145 and return possession of the Property to its lawful and legal owner, Vinh C. Ly;

c) To bar Charles Holmes from filing Bankruptcy for one hundred and eighty days from the date of dismissal or discharge without further leave of the Court.

d) To bar Charles Holes from filing Bankruptcy for one hundred and eighty days from the date of the filing within Motion with prejudice.

e) Such other relief and reimbursement to Petitioner as this Court may determine fair and equitable.

Respectfully Submitted

s/ Don W. Pak, Esquire April 07, 2026

Don W. Pak
Pak Law Group, Inc
5901 North 5th Street
Philadelphia, PA, 19120
Phone: 215-548-4470
Fax: 215-548-4471
dpakesq@gmail.com
ATTORNEY FOR VINH C. LY

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHARLES ARCHIE HOLMES : CHAPTER 13
DEBTOR :
: NO. 24-11905-amc

**VERIFICATION OF SERVICE**

Don W. Pak, Esquire, attorney for movant Vinh C. Ly, hereby verifies that on the date below, he electronically filed the Motion to Dismiss under § 1307 and/or Relief from Automatic Stay Under § 362(d) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing as follow:

Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
Attorney for Debtor Charles Archie Holmes

Trustee:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

s/ Don W. Pak, Esquire April 07, 2026

Don W. Pak
PAK LAW GROUP, INC
5901 North 5th Street
Philadelphia, PA, 19120
Phone: 215-548-4470
Fax: 215-548-4471
dpakesq@gmail.com
ATTORNEY FOR VINH C. LY

# Exhibit A

## Property Deed
## for
## 1031 Christian Street
## Philadelphia, PA 19147

**Prepared By and Return To:**
SelecTitle, LLC
Attn: Arlicia Wallace
12276 San Jose Blvd., Suite 423
Jacksonville, FL 32223

File No.: PA-ST1800309

**eRecorded in Philadelphia PA Doc Id: 53960232**
**01/31/2022 12:13 PM Page 1 of 4 Rec Fee: $256.75**
**Receipt#: 22-22123**
**Records Department Doc Code: D**
**State RTT: $6,037.50 Local RTT: $19,790.92**

## SPECIAL WARRANTY DEED

THIS **SPECIAL WARRANTY DEED,** is made this 8th day of July, 2021,by **Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in itsindividual capacity, but solely as trustee for BCAT 2015-14BTT,** whose post office address is: C/O Selene Finance LP, 9990 Richmond Ave S # 400, Houston, TX 77042 (Grantor), to **Vinh C Ly** whose post office address is: 1031 Christian St., Philadelphia, PA 19147 (Grantee).

**WITNESSETH:**

That the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee all that certain land lying and being in **Philadelphia** County, Pennsylvania, and more particularly described herein below (the "Property"):

ALL THAT CERTAIN parcel of land located in the 2nd Ward, City of Philadelphia, accordance with a plan entitled Plan of Survey of Northeast corner of 11th and Christian Streets, dated May 7, 2003.

Said parcel being more fully described as follows:

BEGINNING at a point, a corner of Lot #2, said point being South 75 degrees 04 minutes 00 seconds East, 47.00 feet from the intersection of the Easterly side of 11th Street (100 feet wide) and the Northerly side of Christian Street (66 feet wide); Thence along said Lot #2, North 15 degrees 21 minutes 09 seconds East, 37.750 feet to a point on the centerline of a 3 foot wide alley; Thence along same, South 75 degrees 04 minutes 00 seconds East, 10.960 feet to a point; Thence, North 15 degrees 17 minutes 31 seconds East, 1.50 feet to a point, a corner of Lot #4; Thence, along Lot #4 the following two (2) courses and distances:

1. South 75 degrees 04 minutes 00 seconds East, 7.50 feet to a point;

2. South (erroneously stated as North in prior deed) 15 degrees 17 minutes 31 seconds West (erroneously stated as East in prior deed), 39.25 feet to a point on said Northerly side of Christian Street;

Thence, along same North 75 degrees 04 minutes 00 seconds West, 20.50 feet to the point of BEGINNING.

BEING known as 1031 Christian St., Philadelphia, PA 19147

OPA NO. 022246930

Case ID: 220202394

BEING the same premises which Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, by Deed dated 06/18/2018 and recorded 06/27/2018 in the Office of the Recorder of Deeds in and for the County of Philadelphia as Document No. 53382672, granted and conveyed unto Wilmington Savings Fund Society, FSB doing business as Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2015-1-4BTT.

**Parcel Identification No.:** 022246930

TOGETHER WITH all the easements, tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining.

SUBJECT TO those matters set forth in **Exhibit "A"** attached hereto and incorporated herein by this reference; provided, however, reference thereto shall not serve to re impose the same.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND the Grantor hereby covenants with Grantee that, except as noted above, at the time of delivery of this Special Warranty Deed said Property was free from all encumbrances made by Grantor and that Grantor shall and will WARRANT AND DEFEND the same against the lawful claims and demands of all persons claiming by, through or under Grantor but against none others.

**IN WITNESS WHEREOF,** the Grantor has caused this Special Warranty Deed to be executed by its duly authorized officer on the day and year first above written.

Signed sealed, and delivered
in the presence of:

[signature]
Print Name: Sharree Lee

[signature] Danielle Archuleta
Print Name: Danielle Archuleta

Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT

BY: [signature]
Rory Hyde

STATE OF Utah )

COUNTY OF Salt Lake )

The foregoing instrument was acknowledged before me, by Rory Hyde, as V.P. of Selene Finance, LP as Attorney in Fact for Wilmington Savings Fund /Selene, on behalf of said company and who is personally known by me or has presented a SB as identification, and who executed the foregoing instrument under the authority duly vested in him by said company and as the act and deed of said company.

WITNESS my hand and official seal in the County and State aforesaid this 8 day of July, 2021.

[signature]
Shalyce Brown
Notary Public, State of: Utah
My Commission Expires: 02/15/2022

SHALYCE BROWN
Notary Public, State of Utah
Commission # 699031
My Commission Expires On
February 15, 2022

Case ID: 220202394

# EXHIBIT "A"

Permitted Exceptions

1. Zoning and other ordinances.

2. Real estate taxes for the year of closing and thereafter.

3. Installments of special taxes and assessments not required to be paid prior to the effective date of this Special Warranty Deed.

4. Special taxes and assessments becoming a lien on or after the effective date of this Special Warranty Deed.

5. Visible easements and all other matters that would be disclosed by a current survey of the Property.

6. All valid and enforceable covenants, restrictions, reservations, easements, agreements and other matters as shown on the public record.

7. Subject to easements of party walls and the rights of adjoining owners therein.

8. Easement for access as set forth in Document No. 51305366. Subject to the proportionate part of the expense for keeping same in good order, condition and repair at all times hereafter forever.

9. Rights granted to Verizon Pennsylvania Inc. as set forth in Document No. 51252681.

10. Declaration of Easement as set forth in Document No. 51298568; Document No. 51305362 and Document No. 51305363.

11. Possible outstanding City of Philadelphia Municipal Liens for work done prior to closing but not indexed as a lien as of Date of Policy.

| | DOC. ID |
|---|---|
| **PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION** | DATE RECORDED |
| | CITY TAX PAID |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT — All inquiries may be directed to the following person:**

| | | | |
|---|---|---|---|
| NAME: Joy Lanier | | | TELEPHONE NUMBER: AREA CODE 9044970030 |
| STREET ADDRESS: 12276 San Jose Blvd Ste 423 | CITY: Jacksonville | STATE: FL | ZIP CODE: 32223 |

**B. TRANSFER DATA**

| | |
|---|---|
| | DATE OF ACCEPTANCE OF DOCUMENT: |
| GRANTOR (S) / LESSOR (S): Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in itsindividual capacity, but solely as trustee for BCAT 2015-14BTT, | GRANTEE (S) / LESSEE (S): Vin C Ly |
| STREET ADDRESS: 9990 Richmond ave ste 400 | STREET ADDRESS: 1031 Christian St |
| CITY: Houston STATE: TX ZIP CODE: 77042 | CITY: Philadelphia STATE: PA ZIP CODE: 19147 |

**C. PROPERTY LOCATION**

| | | |
|---|---|---|
| STREET ADDRESS: 1031 Christian St | | CITY, TOWNSHIP, BOROUGH: Philadelphia, |
| COUNTY: Philadelphia | SCHOOL DISTRICT: philadelphia | TAX PARCEL NUMBER: 022246930 |

**D. VALUATION DATA**

| | | |
|---|---|---|
| 1. ACTUAL CASH CONSIDERATION: 603750.00 | 2. OTHER CONSIDERATION: +0 | 3. TOTAL CONSIDERATION: = 603750.00 |
| 4. COUNTY ASSESSED VALUE: 662900.00 | 5. COMMON LEVEL RATIO FACTOR: x 1.07 | 6. FAIR MARKET VALUE: = 709303.00 |

**E. EXEMPTION DATA**

| | |
|---|---|
| 1A. PERCENTAGE OF EXEMPTION: 0 | 1B. PERCENTAGE OF INTEREST CONVEYED: 100 |

2. Check Appropriate Box Below for Exemption Claimed

- ☐ Will or intestate succession ______________________ (NAME OF DECEDENT) ______________________ (ESTATE FILE NUMBER).
- ☐ Transfer to Industrial Development Agency.
- ☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).
- ☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ ________.
- ☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).
- ☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _______ , Page Number _____ . Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).
- ☐ Corrective deed (Attach copy of the prior deed).
- ☐ Other (Please explain exemption claimed, if other than listed above.) ______________________

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| | |
|---|---|
| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY: Joy A. Lanier | DATE: 8/11/2021 |

82-127 (Rev. 9/11)

(SEE REVERSE)

Case ID: 220202394

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA
CIVIL ACTION

Filed and Attested by the
Office of Judicial Records
23 FEB 2022 03:19 pm
S. RICE

ROBERT E. COLE
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
ATRIUM AT OLDE CITY
128 CHESTNUT STREET, SUITE 200C
PHILADELPHIA, PA 19106
(267) 546-9090

Attorney For Plaintiffs

| | | |
|---|---|---|
| VINH C. LY | : | FEBRUARY TERM, 2022 |
| v. | : | NO. |
| JULIE MCCREY-HOLMES | : | |
| CHARLES A. HOLMES (W/H) AND ALL OCCUPANTS | : | : |

## COMPLAINT – CIVIL ACTION EJECTMENT - 21000

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6300

### AVISO

La han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la carte en forma escrita sus defenses o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no so defiende, la carte tomará medidas y puede continuar la demanda en contra suya sin previo aviso a notificacion. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6300

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA
CIVIL ACTION

ROBERT E. COLE
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
ATRIUM AT OLDE CITY
128 CHESTNUT STREET, SUITE 200C
PHILADELPHIA, PA 19106
(267) 546-9090

Attorney For Plaintiff

VINH C. LY
2133 SOUTH ROSEWOOD STREET
PHILADELPHIA, PA 19145 : FEBRUARY TERM, 2022

V. : NO.

JULIE MCCREY-HOLMES
CHARLES A. HOLMES (W/H) AND ALL OCCUPANTS :
1031 CHRISTIAN STREET
PHILADELPHIA, PA 19147

**CIVIL ACTION EJECTMENT**

Plaintiff hereby complains against Defendants as follows:

1. Plaintiff, Vinh C. Ly, is an adult individual with principal place of residence being located at 2133 South Rosewood Street, Philadelphia, PA 19145.

2. Defendants are Julie McCrey-Holmes, Charles A. Holmes (w/h) and all occupants ("Defendants") and they reside at 1031 Christian Street, Philadelphia, PA 19147 ("the Premises").

3. The Premises, which is where the ejectment is to take place, is located at 1031 Christian Street, Philadelphia, PA 19147. A true and correct copy of the legal description of the Premises, is

attached hereto, incorporated herein by reference, and marked as Exhibit "A."

4. The Premises were sold by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust to Vinh C. Ly, LLC in or before July 8, 2021.

5. Plaintiff purchased the Premises as aforesaid.

6. The Plaintiff acquired valid title to the Premises on the date of and by virtue of said sale.

7. Plaintiff is still the real owner of said Premises and is entitled to immediate possession of the Premises.

8. The Deed in favor of plaintiff was recorded with the Philadelphia County Department of Records in Deed, on January 31, 2022 as Document ID #53960232.

9. Said Deed is a matter of State public record and therefore, is hereby incorporated by reference herein as if fully set forth at length. A true and correct copy of the Deed is attached hereto, incorporated herein by reference, and marked as Exhibit "B".

10. Plaintiff has sent the required 30 Day Notice pursuant to applicable law. A true and correct copy of the Notice, is attached hereto, incorporated herein by reference, and marked as Exhibit "C".

11. The persons in possession of the Premises are believed to be the Defendants in this action who are occupying the Premises without right and without claim to title.

12. Plaintiff is entitled to immediate possession of the Premises.

WHEREFORE, Plaintiff demands judgment, in ejectment, for immediate possession of the Premises, issuance of a Writ of Possession and a judgment of its costs and disbursements in this action.

Respectfully submitted,

February 23, 2022
Date

s/Robert E. Cole
Robert E. Cole, Esquire
Robert E. Cole, P.C.
Attorney for Plaintiff
Atty. I.D. No. 73263
Atrium at Olde City
128 Chestnut Street, Suite 200C
Philadelphia, PA 19106
(267) 546-9090
recoleesq@gmail.com

EXHIBIT A

Filed and Attested by the Office of Judicial Records 23 FEB 2022 03:19 pm S. RICE

ALL THAT CERTAIN parcel of land located in the 2nd Ward, City of Philadelphia, accordance with a plan entitled Plan of Survey of Northeast corner of 11th and Christian Streets, dated May 7, 200[illegible]

Said parcel being more fully described as follows:

BEGINNING at a point, a corner of Lot #2, said point being South 75 degrees 04 minutes 00 seconds East, 47.00 feet from the intersection of the Easterly side of 11th Street (100 feet wide) and the Northerly side of Christian Street (66 feet wide); Thence along said Lot #2, North 15 degrees 21 minutes 09 seconds East, 37.750 feet to a point on the centerline of a 3 foot wide alley; Thence along same, South 75 degrees 04 minutes 00 seconds East, 10.960 feet to a point; Thence, North 15 degrees 17 minutes 31 seconds East, 1.50 feet to a point, a corner of Lot #4; Thence, along Lot #4 the following two (2) courses and distances:

1. South 75 degrees 04 minutes 00 seconds East, 7.50 feet to a point;

2. South (erroneously stated as North in prior deed) 15 degrees 17 minutes 31 seconds West (erroneously stated as East in prior deed), 39.25 feet to a point on said Northerly side of Christian Street;

Thence, along same North 75 degrees 04 minutes 00 seconds West, 20.50 feet to the point of BEGINNING.

BEING known as 1031 Christian St., Philadelphia, PA 19147

OPA NO. 022246930

BEING the same premises which Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, by Deed dated 06/18/2018 and recorded 06/27/2018 in the Office of the Recorder of Deeds in and for the County of Philadelphia as Document No. 53382672, granted and conveyed unto Wilmington Savings Fund Society, FSB doing business as Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2015-1-4BTT.

**Parcel Identification No.:** 022246930

# Exhibit B

# February 23, 2022, Movant Filed Ejectment Complaint Docketed at Phila CCP No. 220202394, Ly v. McCrey-Holmes et al.

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA
CIVIL ACTION

Filed and Attested by the
Office of Judicial Records
23 FEB 2022 03:19 pm
S. RICE

ROBERT E. COLE
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
ATRIUM AT OLDE CITY
128 CHESTNUT STREET, SUITE 200C
PHILADELPHIA, PA 19106
(267) 546-9090

Attorney For Plaintiffs

| | | |
|---|---|---|
| VINH C. LY | : | FEBRUARY TERM, 2022 |
| V. | : | NO. |
| JULIE MCCREY-HOLMES | : | |
| CHARLES A. HOLMES (W/H) AND ALL OCCUPANTS | : | : |

COMPLAINT — CIVIL ACTION EJECTMENT - 21000

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.
YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6300

AVISO

La han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la carte en forma escrita sus defenses o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no so defiende, la carte tomará medidas y puede continuar la demanda en contra suya sin previo aviso a notificacion. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E lnformacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6300

EXHIBIT B

**Prepared By and Return To:**
SelecTitle, LLC
Attn: Arlicia Wallace
12276 San Jose Blvd., Suite 423
Jacksonville, FL 32223

File No.: PA-ST1800309

**eRecorded in Philadelphia PA Doc Id: 53960232**
**01/31/2022 12:13 PM Page 1 of 4 Rec Fee: $256.75**
**Receipt#: 22-22123**
**Records Department Doc Code: D**
**State RTT: $6,037.50 Local RTT: $19,790.92**

## SPECIAL WARRANTY DEED

THIS **SPECIAL WARRANTY DEED,** is made this 8th day of July, 2021,by **Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in itsindividual capacity, but solely as trustee for BCAT 2015-14BTT,** whose post office address is: C/OSelene Finance LP, 9990 Richmond Ave S # 400, Houston, TX 77042 (Grantor), to
**Vinh C Ly** whose post office address is: 1031 Christian St., Philadelphia, PA 19147 (Grantee).

**WITNESSETH:**

That the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good andvaluable consideration, the receipt and sufficiency of which are hereby acknowledged, does herebygrant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee all that certain land lyingand being in **Philadelphia** County, Pennsylvania, and more particularly described herein below (the"Property"):

ALL THAT CERTAIN parcel of land located in the 2nd Ward, City of Philadelphia, accordance with a plan entitled Plan of Survey of Northeast corner of 11th and Christian Streets, dated May 7, 2003.

Said parcel being more fully described as follows:

BEGINNING at a point, a corner of Lot #2, said point being South 75 degrees 04 minutes 00 seconds East, 47.00 feet from the intersection of the Easterly side of 11th Street (100 feet wide) and the Northerly side of Christian Street (66 feet wide); Thence along said Lot #2, North 15 degrees 21 minutes 09 seconds East, 37.750 feet to a point on the centerline of a 3 foot wide alley; Thence along same, South 75 degrees 04 minutes 00 seconds East, 10.960 feet to a point; Thence, North 15 degrees 17 minutes 31 seconds East, 1.50 feet to a point, a corner of Lot #4; Thence, along Lot #4 the following two (2) courses and distances:

1. South 75 degrees 04 minutes 00 seconds East, 7.50 feet to a point;

2. South (erroneously stated as North in prior deed) 15 degrees 17 minutes 31 seconds West (erroneously stated as East in prior deed), 39.25 feet to a point on said Northerly side of Christian Street;

Thence, along same North 75 degrees 04 minutes 00 seconds West, 20.50 feet to the point of BEGINNING.

BEING known as 1031 Christian St., Philadelphia, PA 19147

OPA NO. 022246930

Case ID: 220202394

BEING the same premises which Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, by Deed dated 06/18/2018 and recorded 06/27/2018 in the Office of the Recorder of Deeds in and for the County of Philadelphia as Document No. 53382672, granted and conveyed unto Wilmington Savings Fund Society, FSB doing business as Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2015-1-4BTT.

**Parcel Identification No.:** 022246930

TOGETHER WITH all the easements, tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining.

SUBJECT TO those matters set forth in **Exhibit "A"** attached hereto and incorporated herein by this reference; provided, however, reference thereto shall not serve to re impose the same.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND the Grantor hereby covenants with Grantee that, except as noted above, at the time of delivery of this Special Warranty Deed said Property was free from all encumbrances made by Grantor and that Grantor shall and will WARRANT AND DEFEND the same against the lawful claims and demands of all persons claiming by, through or under Grantor but against none others.

**IN WITNESS WHEREOF,** the Grantor has caused this Special Warranty Deed to be executed by its duly authorized officer on the day and year first above written.

Signed sealed, and delivered
in the presence of:

[signature]
Print Name: Sherree Lee

[signature]
Print Name: Danielle Archuleta

Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT

BY: [signature]
Rory Hyde

STATE OF Utah )

COUNTY OF Salt Lake )

The foregoing instrument was acknowledged before me, by Rory Hyde, as V.P. of Selene Finance, LP as Attorney in Fact for Wilmington Savings Fund /Selene, on behalf of said company and who is personally known by me or has presented a ______ SB as identification, and who executed the foregoing instrument under the authority duly vested in him by said company and as the act and deed of said company.

WITNESS my hand and official seal in the County and State aforesaid this 8 day of July, 2021.

[signature]
Shalyce Brown
Notary Public, State of: Utah
My Commission Expires: 02/15/2022

SHALYCE BROWN
Notary Public, State of Utah
Commission # 699031
My Commission Expires On
February 15, 2022

Case ID: 220202394

## EXHIBIT "A"

Permitted Exceptions

1. Zoning and other ordinances.

2. Real estate taxes for the year of closing and thereafter.

3. Installments of special taxes and assessments not required to be paid prior to the effective date of this Special Warranty Deed.

4. Special taxes and assessments becoming a lien on or after the effective date of this Special Warranty Deed.

5. Visible easements and all other matters that would be disclosed by a current survey of the Property.

6. All valid and enforceable covenants, restrictions, reservations, easements, agreements and other matters as shown on the public record.

7. Subject to easements of party walls and the rights of adjoining owners therein.

8. Easement for access as set forth in Document No. 51305366. Subject to the proportionate part of the expense for keeping same in good order, condition and repair at all times hereafter forever.

9. Rights granted to Verizon Pennsylvania Inc. as set forth in Document No. 51252681.

10. Declaration of Easement as set forth in Document No. 51298568; Document No. 51305362 and Document No. 51305363.

11. Possible outstanding City of Philadelphia Municipal Liens for work done prior to closing but not indexed as a lien as of Date of Policy.

| PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION | DOC. ID |
|---|---|
| | DATE RECORDED |
| | CITY TAX PAID |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT — All inquiries may be directed to the following person:**

| NAME | | | TELEPHONE NUMBER: |
|---|---|---|---|
| Joy Lanier | | | AREA CODE 9044970030 |
| STREET ADDRESS | CITY | STATE | ZIP CODE |
| 12276 San Jose Blvd Ste 423 | Jacksonville | FL | 32223 |

**B. TRANSFER DATA** — DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR (S) / LESSOR (S) | GRANTEE (S) / LESSEE (S) |
|---|---|
| Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in itsindividual capacity, but solely as trustee for BCAT 2015-14BTT, | Vin C Ly |
| STREET ADDRESS: 9990 Richmond ave ste 400 | STREET ADDRESS: 1031 Christian St |
| CITY: Houston STATE: TX ZIP CODE: 77042 | CITY: Philadelphia STATE: PA ZIP CODE: 19147 |

**C. PROPERTY LOCATION**

| STREET ADDRESS | | CITY, TOWNSHIP, BOROUGH |
|---|---|---|
| 1031 Christian St | | Philadelphia, |
| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
| Philadelphia | philadelphia | 022246930 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| 603750.00 | + 0 | = 603750.00 |
| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
| 662900.00 | x 1.07 | = 709303.00 |

**E. EXEMPTION DATA**

| 1A. PERCENTAGE OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED |
|---|---|
| 0 | 100 |

2. Check Appropriate Box Below for Exemption Claimed

- ☐ Will or intestate succession ______________ (NAME OF DECEDENT) ______________ (ESTATE FILE NUMBER).
- ☐ Transfer to Industrial Development Agency.
- ☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).
- ☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ ________.
- ☐ Transfers to the Commonwealth, the United States, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).
- ☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number ________, Page Number ______. Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).
- ☐ Corrective deed (Attach copy of the prior deed).
- ☐ Other (Please explain exemption claimed, if other than listed above.) ______________

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
|---|---|
| Joy A. Lanier | 8/11/2021 |

82-127 (Rev. 8/11)

(SEE REVERSE)

Case ID: 220202394

# Exhibit C

# Amended Schedule E/F
# Confirmation that Mr. Ly is not A Creditor

**Fill in this information to identify your case:**

Debtor 1 Charles Archie Holmes
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known) 24-11905

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 Internal Revenue Service | $ 71085.55 | $ | $ 71085.55 |
| 2.2 | $ | $ | $ |

**2.1** Internal Revenue Service
Priority Creditor's Name
PO Box 7453
Number Street

Philadelphia, PA 19101
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- X Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____

**2.2** ____
Priority Creditor's Name
Number Street

City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| ☐ Priority Creditor's Name; Number Street; City State ZIP Code | Last 4 digits of account number ___ ___ ___ ___ | $______ | $______ | $______ |
| Who incurred the debt? Check one. ❑ Debtor 1 only ❑ Debtor 2 only ❑ Debtor 1 and Debtor 2 only ❑ At least one of the debtors and another ❑ Check if this claim is for a community debt. Is the claim subject to offset? ❑ No ❑ Yes | When was the debt incurred? ______ As of the date you file, the claim is: Check all that apply. ❑ Contingent ❑ Unliquidated ❑ Disputed. Type of PRIORITY unsecured claim: ❑ Domestic support obligations ❑ Taxes and certain other debts you owe the government ❑ Claims for death or personal injury while you were intoxicated ❑ Other. Specify ______ | | | |
| ☐ Priority Creditor's Name; Number Street; City State ZIP Code | Last 4 digits of account number ___ ___ ___ ___ | $______ | $______ | $______ |
| Who incurred the debt? Check one. ❑ Debtor 1 only ❑ Debtor 2 only ❑ Debtor 1 and Debtor 2 only ❑ At least one of the debtors and another ❑ Check if this claim is for a community debt. Is the claim subject to offset? ❑ No ❑ Yes | When was the debt incurred? ______ As of the date you file, the claim is: Check all that apply. ❑ Contingent ❑ Unliquidated ❑ Disputed. Type of PRIORITY unsecured claim: ❑ Domestic support obligations ❑ Taxes and certain other debts you owe the government ❑ Claims for death or personal injury while you were intoxicated ❑ Other. Specify ______ | | | |
| ☐ Priority Creditor's Name; Number Street; City State ZIP Code | Last 4 digits of account number ___ ___ ___ ___ | $______ | $______ | $______ |
| Who incurred the debt? Check one. ❑ Debtor 1 only ❑ Debtor 2 only ❑ Debtor 1 and Debtor 2 only ❑ At least one of the debtors and another ❑ Check if this claim is for a community debt. Is the claim subject to offset? ❑ No ❑ Yes | When was the debt incurred? ______ As of the date you file, the claim is: Check all that apply. ❑ Contingent ❑ Unliquidated ❑ Disputed. Type of PRIORITY unsecured claim: ❑ Domestic support obligations ❑ Taxes and certain other debts you owe the government ❑ Claims for death or personal injury while you were intoxicated ❑ Other. Specify ______ | | | |

Debtor 1 Charles Archie Holmes Case number (if known) 24-11905
First Name Middle Name Last Name

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **PECO Energy**
Nonpriority Creditor's Name
2301 MARKET ST S23-1
Number Street
Philadelphia, PA 19101
City State ZIP Code

**Last 4 digits of account number** __ __ __ __ — $ 16210.51

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Utility service

4.2 **University of PA Hospital**
Nonpriority Creditor's Name
3400 Spruce Street
Number Street
Philadelphia, PA 19104-4238
City State ZIP Code

**Last 4 digits of account number** __ __ __ __ — $ 180000.00

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify medical debt

4.3 **Monterrey Collection Serv.**
Nonpriority Creditor's Name
4095 Avenida De La Plata
Number Street
Oceanside, CA 92056
City State ZIP Code

**Last 4 digits of account number** __ __ __ __ — $ 11400.00

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify medical debt

Debtor 1 Charles Archie Holmes Case number (if known) 24-17905

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

☐ Xfinity
Nonpriority Creditor's Name
Columbus Blvd
Number Street
Philadelphia, Pa 19146
City State ZIP Code

**Last 4 digits of account number** ____ $ 500.00

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify cable services

---

☐ ______
Nonpriority Creditor's Name
______
Number Street
______
City State ZIP Code

**Last 4 digits of account number** ____ $______

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

---

☐ ______
Nonpriority Creditor's Name
______
Number Street
______
City State ZIP Code

**Last 4 digits of account number** ____ $______

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify______

Case 2:26-cv-03748-GAM Document 26-1 Filed 06/01/26 Page 28 of 33

Debtor 1 ____ First Name Middle Name Last Name    Case number (if known) ____

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name<br>Number Street<br><br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| Name<br>Number Street<br><br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| Name<br>Number Street<br><br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| Name<br>Number Street<br><br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| Name<br>Number Street<br><br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| Name<br>Number Street<br><br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| Name<br>Number Street<br><br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line ____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |

**Part 4: Add the Amounts for Each Type of Unsecured Claim**

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 279196.06 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 279196.06 |

# Exhibit D

# Email from Sharon Masters, Esquire

Gmail

Don Pak <dpakesq@gmail.com>

## Stipulation

**Sharon S. Masters** <shmasters@hotmail.com> Mon, Dec 8, 2025 at 10:32 PM
To: Don Pak <dpakesq@gmail.com>
Cc: Vanity Colon <vanitycolon.paklaw@gmail.com>

There is no confusion whatsoever. Vinh Ly is not listed as a creditor in the case and my client stated at the 341 meeting that Ly is not a creditor.

I can think of no legitimate reason why you would want this Stipulation, so I'm not signing it.

Best regards,

Sharon Masters
(610) 322-5277

**From:** Don Pak <dpakesq@gmail.com>
**Sent:** Monday, December 8, 2025 8:04 PM
**To:** Sharon S. Masters <shmasters@hotmail.com>
**Cc:** Vanity Colon <vanitycolon.paklaw@gmail.com>; Don Pak <dpakesq@gmail.com>
**Subject:** Re: Stipulation

[Quoted text hidden]

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: CHARLES ARCHIE HOLMES | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | NO. 24-11905-amc |

**ORDER**

AND NOW, this _________ day of _____________________ , 2026, upon consideration of Motion of Vinh C. Ly ("movant") for relief from stay, and any responses thereto, it is hereby ORDERED and DECREED as follows:

1. The Motion is granted;

2. Movant is hereby granted relief from stay and may exercise its state law remedies as the lawful and legal owner with respect to debtor's current premise that he is squatting with his wife and to move forward regarding ejectment complaint docketed at Phila CCP No. 220202394, Ly v. McCrey/Holmes et al..

3. Debtor's bankruptcy is dismissed as it pertains to Vinh C. Ly.

BY THE COURT:

_________________________
Ashely M. Chan, J.

cc: Sharon S. Masters, Esquire, 132 Overleaf Drive,Thorndale, Pennsylvania 19372
Kenneth E. West, Esquire, Chapter 13 Trustee, P.O. Box 40837
Philadelphia, PA 19107
Don Pak, Esquire, 5901 N. 5th Street, Philadelphia, PA 19120

Case 2:26-cv-03748-GAM Document 1-1 Filed 06/01/26 Page 46 of 52

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: CHARLES ARCHIE HOLMES | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | NO. 24-11905-amc |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

TO: THE CLERK OF THE US BANKRUPTCY COURT, THE US TRUSTEE, THE DEBTOR
AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST

Please take notice, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 USC § 102(1) and other applicable law, the undersigned counsel of record for Vinh C. Ly, creditor of the above-named debtor and party-in-interest in the bankruptcy case herein, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

**Don Pak, Esquire**
**Pak Law Group, Inc**
**5901 N. 5th Street**
**Philadelphia, PA 19120**
**(215) 548-4470**

s/ Don W. Pak, Esquire April 07, 2026

Don W. Pak
PAK LAW GROUP, INC
5901 North 5th Street
Philadelphia, PA, 19120
Phone: 215-548-4470
Fax: 215-548-4471
dpakesq@gmail.com
ATTORNEY FOR VINH C. LY

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHARLES ARCHIE HOLMES
DEBTOR

CHAPTER 13

NO. 24-11905-amc

**ORDER**

AND NOW, this 22nd day of May ,2026, upon consideration of Motion of Vinh C. Ly ("movant") for relief from stay, and any responses thereto, it is hereby ORDERED and DECREED as follows:

1. The Motion is granted;

2. Movant is hereby granted relief from stay and may exercise its state law remedies as the lawful and legal owner with respect to debtor's current premise that he is squatting with his wife and to move forward regarding ejectment complaint docketed at Phila CCP No. 220202394, Ly v. McCrey/Holmes et al..

BY THE COURT:

Ashely M. Chan, J.

cc: Sharon S. Masters, Esquire, 132 Overleaf Drive,Thorndale, Pennsylvania 19372
Kenneth E. West, Esquire, Chapter 13 Trustee, P.O. Box 40837
Philadelphia, PA 19107
Don Pak, Esquire, 5901 N. 5th Street, Philadelphia, PA 19120

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Charles Archie Holmes

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) ______________________

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☒ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) ______________________

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order granting motion for relief from stay
2. State the date on which the judgment, order, or decree was entered: 5/22/2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Vinh C. Ly
   Attorney: Don W. Pak, Esq.
   Pak Law Group, Inc.
   5901 N. 5th St.
   Philadelphia, PA 19120
   (215) 548-4471

2. Party: Kenneth E. West
   Attorney: Chapter 13 Standing Trustee
   190 N. Independence Mall West, Ste. 701
   Philadelphia, PA 19106
   (215) 627-1377

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

[signature] Date: 5/25/2026

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Sharon S. Masters, Esq.
The Law Office of Sharon S. Masters
132 Overleaf Dr.
Thorndale, PA 19372
610-322-5277

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Charles Archie Holmes

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) ______________________

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☒ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) ______________________

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order granting motion for relief from stay
2. State the date on which the judgment, order, or decree was entered: 5/22/2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Vinh C. Ly
   Attorney: Don W. Pak, Esq.
   Pak Law Group, Inc.
   5901 N. 5th St.
   Philadelphia, PA 19120
   (215) 548-4471

2. Party: Kenneth E. West
   Attorney: Chapter 13 Standing Trustee
   190 N. Independence Mall West, Ste. 701
   Philadelphia, PA 19106
   (215) 627-1377

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Sharon S. Masters ______________________ Date: 5/25/2026

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Sharon S. Masters, Esq.
The Law Office of Sharon S. Masters
132 Overleaf Dr.
Thorndale, PA 19372
610-322-5277

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

*Form 256* (3/23)−doc 133 − 132

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Charles Archie Holmes<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11905−amc<br><br>Chapter: 13 |

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [132] Notice of Appeal as served on June 1, 2026 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: KENNETH E. WEST | CM/ECF |
| U.S. District Court | Email |
| Debtor: Charles Archie Holmes | Regular mail through the BNC |
| Debtor's Attorney:<br>SHARON S. MASTERS | CM/ECF |
| Other Parties:<br>Don W. Pak,Esquire,Counsel for Creditor Vinh C. Ly | Email or CM/ECF |

Date: June 1, 2026

For The Court

Mohung Wong
Clerk of Court